CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Yolanda Wyatt**  SS#: **xxx-xx-0972**  Net Monthly Earnings: _____

SS#: _____  Number of Dependents: **1**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **575.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ____ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **52** months, and the total amount of debt to be distributed by the Trustee is approximately $ **28,750.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS Special Procedures | Taxes and certain other debts | $0.00 | $0.00 |
| JT Smallwood Tax Collector | Taxes and certain other debts | $0.00 | $0.00 |
| State of Alabama | Taxes and certain other debts | $0.00 | $0.00 |

   B. Total Attorney Fee: $ **2,500.00** ; $ **0.00** paid pre-petition; $ **535.00** to be paid at confirmation, $ **375.00** for three months and the balance to be paid at $ **20.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Bank of America | $59,284.57 | ☐ by Trustee ☒ by Debtor $579.38 | February 2014 | $8,352.00 | 5 | 0.00% | $182.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Credit Acceptance | $134.00 | $13,431.00 | $7,500.00 | $0.00 | 2005 Toyota Camry | 5.00% | $335.00 | July 14 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☐ This is an original plan.
   ☒ This is an amended plan replacing plan dated **January 17, 2014**.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☐ Debtor assumes/rejects lease and/or executory contract with ____.

☒ Other Provisions: Debtor proposes to pay all pre and post petition utility bills in lieu of posting a deposit under 11 U.S.C. § 366 and acknowledges that 11 U.S.C. § 362 does not apply to collection of these debts by APCO. Attorney's fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. Payments made by the Debtor for bankruptcy filing fees or other court costs, or for Adequate Protection payments, shall be credited toward Chapter 13 plan payments due for the month in which such payment was made.

Attorney for Debtor Name/Address/Telephone #   Date **January 21, 2014**   /s/ Yoland Wyatt
**/s/ Keith R. Martin**                                                                           **Yolanda Wyatt**
**Keith R. Martin**                                                                                 Signature of Debtor
**205 20th Street North, Suite 623**
**Birmingham, AL 35203**
Telephone # **(205) 581-1299**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re __Yolanda Wyatt__                              Case No. __14-00104__
                       Debtor(s)                     Chapter __13__

## CERTIFICATE OF SERVICE

I hereby certify that on __January 19, 2014__, a copy of __Amended Chapter 13 Plan__ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alabama Power**
**Birmingham Division 4S-1135**
**P.O. Box 2641**
**Birmingham, AL 35291**

**Alagasco**
**605 Richard Arrington J Blvd N**
**Birmingham, AL 35203**

**Bank of America**
**PO Box 982235**
**El Paso, TX 79998**

**Birmingham Water**
**P.O. Box C-239**
**Birmingham, AL 35283**

**City of Fairfield**
**Attn City Attorney**
**4701 Gary Avenue**
**Fairfield, AL 35064**

**Credit Acceptance**
**P.O. Box 513**
**Southfield, MI 48037**

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**IRS**
**P.O. Box 69**
**Memphis, TN 38101**

**IRS Special Procedures**
**801 Tom Martin Dr**
**Room 126**
**Birmingham, AL 35211**

**Jefferson County Sewer Dept**
**716 Richard Arrington Blvd**
**Ste 800**
**Birmingham, AL 35203**

**State of Alabama**
**50 North Ripley Street**
**Montgomery, AL 36132**

**US Attorney**
**1801 4th Avenue**
**Birmingham, AL 35203**

**Keith R. Martin**
**Martin Law Firm, LLC**
**Keith R. Martin**
**205 20th Street North, Suite 623**

**Birmingham, AL 35203**
**(205) 581-1299Fax:(205) 581-1297**
**Keith@keithmartinlawfirm.com**